JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME JIMENEZ BALTAZAR and LAURA PATRICIA JIMENEZ BALTAZAR,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-07444-JLS-AFM<br><br>JUDGMENT |

On October 8, 2024 the Court granted in part Plaintiff Jaime Jimenez Baltazar and Laura Patricia Jimenez Baltazar ("Plaintiffs")'s Motion for Attorney's Fees, Costs and Expenses (Mot., Doc. 39; Mem., Doc. 39-1) against Defendant Mercedes-Benz USA, LLC ("Defendant").  Therefore, it is hereby **ORDERED, ADJUDGED, and DECREED as follows:** Judgment is hereby entered in favor of Plaintiffs and against Defendant in the amount of $21,510.50.  Defendant shall pay said amount to Knight Law Group.

IT IS HEREBY ORDERED.

Dated: October 17, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE